JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PHUONG QUOC PHUNG, | Case No. 5:26-cv-01394-MRA -DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| J. JOHNSON, Warden Adelanto ICE Detention Facility, Adelanto, California, | |
| Respondent. | |

1

Pursuant to the Order Accepting In Part Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (a) Petitioner shall be immediately released from custody on his previous conditions of supervision; and (b) Respondent and his officers, agents, employees, attorneys and persons acting on his behalf in concert or in participation with him are enjoined from: (i) redetaining Petitioner without compliance with 8 C.F.R. § 241.13(i) and 8 U.S.C. § 1231; and (ii) removing Petitioner to any country other than Vietnam without appropriate notice and an opportunity to be heard in accordance with the applicable immigration regulations.

DATED: May 15, 2026

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2